UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14008-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH GERALD DEMAIO,

    Defendant.
_____/



FILED by ___ D.C.
JUN - 9 2006
CLARENCE MADDOX
CLERK U S DIST. CT.
S. D. OF FLA.

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** having come on to be heard upon the Order of Reference from the District Court for this Court to conduct a proceeding for acceptance of a guilty plea by the Defendant in the above referenced case and this Court having conducted a change of plea hearing on June 9, 2006, this Court recommends to the District Court as follows:

    1.    On June 9, 2006, this Court convened a hearing to permit the Defendant to enter a change of plea in the aforementioned matter. At the outset of the hearing, this Court advised the Defendant of his right to have these proceedings conducted by the District Judge assigned to the case. Further, this Court advised the Defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the request of the Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to this case. This Court further advised the Defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the Defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

2.	This Court advised the Defendant that he did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could request that the change of plea hearing be conducted only by a United States District Judge. The Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3.	This Court conducted a plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4.	There was no written plea agreement in this case. The Defendant pled guilty to the one count Indictment which charges that on or about August 26, 2004, in Highlands County in the Southern District of Florida, the Defendant did knowingly possess one or more matters containing a visual depiction that had been mailed, and had been shipped and transported in interstate commerce, by any means including by computer, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

5.	The Defendant also consented to forfeiture of any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the law; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to, the following:

- One IBM computer, Model Aptiva, Serial Number FB1704C

Pursuant to Title 18, United States Code, Section 2253.

6. The government stated a factual basis for the entry of the plea which included all of the essential elements of the crime to which the Defendant is pleading guilty and any sentencing enhancements and/or aggravating factors that may be applicable. The government also announced the possible maximum penalties in respect to the Indictment. The Defendant acknowledged that he understood these possible maximum penalties which could be imposed in his case.

7. Based upon all of the foregoing and the plea colloquy conducted by this Court, this Court recommends to the District Court that the Defendant be found to have freely and voluntarily entered his guilty plea to the charge set forth in the Indictment as more particularly described herein and that the Defendant be adjudicated guilty of that offense and be found to have forfeited his right, title and interest in the IBM computer and materials more particularly described in the Indictment and the statement of facts placed on the record by counsel for the government at the change of plea hearing.

8. A pre-sentence investigation is being prepared for the District Court by the United States Probation Office and sentencing has been set for **Friday, October 13, 2006, at 10:30 a.m., at the United States District Courthouse, 300 South Sixth Street, Fort Pierce, Florida,** as previously set by the District Court.

**ACCORDINGLY,** this Court recommends to the District Court that the Defendant's plea of guilty be accepted, the Defendant be adjudicated guilty of the offense to which he has entered his plea of guilty and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _9th_ day of June, 2006, at Fort Pierce, Northern Division of the Southern District of Florida.

                                              _____
                                              FRANK J. LYNCH, JR.
                                              UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Diana M. Acosta
AFPD Robin Rosen-Evans
U. S. Probation
U. S. Marshal